IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DEBRA JONES, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Case No. 16-11241-SDB |
| _____ | ) | |
| | ) | |
| FIRST OF THOMSON, INC., | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEBTA JONES and HUON LE, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, First of Thomson, Inc. ("Movant"), by and through its undersigned counsel and moves this Court, pursuant to 11 U.S.C. Section 362, for relief from the automatic stay with respect to certain real property of Debtor having an address of 706 Railroad Street, Warrenton, GA 30828 (the "Property"), for all purposes allowed by law, the Note (defined below), the Security Deed (defined below), and applicable law, including the right to foreclose. In support of this Motion, Movant shows the Court as follows:

1. Debtor executed and delivered an Amortized Note and Security Agreement, in favor of Movant, in the original principal amount of $44,500.00 or around November 7, 2002 (the "Original Note"). A true and correct copy of the Original Note is attached hereto as Exhibit "A".

2. The Original Note was renewed on or around January 24, 2005, January 2, 2010, and January 25, 2015. The renewals are attached hereto as Exhibit "B" and collectively referred to as the Notes.

3. At the time of the execution of the Original Note, Debtor executed a Deed to Secure Debt (the "Security Deed"), in favor of Movant. A copy of the Security Deed is attached hereto as Exhibit "C".

4. The Security Deed secures Debtor's obligations under the Note, and renewals thereof. The Security Deed was recorded in Book 6Y, Page 505, Warren County Superior Court and contains the legal description of the Property.

5. As of January 24, 2019, the outstanding amount of the Notes was $35,872.37 not including any attorneys' fees and expenses.

6. Debtor has failed to make 28 post-petition payments of $600.00 per month for a total post-petition arrearage of $16,800.00 through the January 1, 2019 payment date.

7. Movant reserves all rights to seek an award or allowance of attorneys' fees and expenses in accordance with the applicable loan documents, the Bankruptcy Code, and state law.

8. Debtor valued the Property at $45,815.00 in her schedules.

9. Cause exists for relief from the automatic stay as: (a) Movant's interest in the Property is not adequately protected; (b) Post-petition payments have not been received by Movant; and (c) the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court: (1) issue an Order terminating stay and granting relief, to Movant, from the stay for all purposes allowed by law, the Note, the Security Deed, including but not limited to allowing Movant to proceed under

applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property; (2) that Movant be entitled to file a deficiency claim, if appropriate; (3) that the Order lifting stay be binding and effective despite any conversion of this bankruptcy to a case under any other chapter of the Bankruptcy Code; (4) that the provisions of Bankruptcy Rule 4001(a)(3) be waived; (4) for relief of complying with the provisions of Bankruptcy Rule 3002.1; and (5) for such other relief as the Court deems proper.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for First of Thomson, Inc.
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909
(706) 860-9995

CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record and by depositing a true and correct copy in the US Mail with sufficient postage affixed thereto to the parties not served electronically to the parties listed below:

Huon Le
PO Box 2127
Augusta, GA 30903

Ms. Debra Jones
706 Railroad St.
Warrenton, GA 30824

Leiden & Leiden
330 Telfair St
Augusta, GA 30901

This 28th day of January, 2019.

/s/ Nathan E. Huff
Nathan E. Huff