IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Debra Jones | ) | |
| 706 Railroad Street | ) | Case No: 16-11241-SDB |
| Warrenton, GA 30828 | ) | |
| | ) | |
| Debtor | | |

**TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM**
**AUTOMATIC STAY OF FIRST OF THOMSON INC**

    COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and files this response to the Motion for Relief from Automatic Stay of First of Thomson Inc:

1. The creditor has an allowed claim(s) (# 5, 5.1, 5.2) in the above-captioned case. Granting of stay relief coupled with payment on such claim(s) would constitute double recovery to the creditor.

   WHEREFORE, said Trustee prays:

(a) that Creditor's request for relief be denied; or

(b) in the alternative, should the Court grant stay relief under 11 U.S.C. Section 362, that the claim(s) of the creditor be reconsidered and reduced to the amount paid with leave to seek allowance of an unsecured deficiency claim following foreclosure in accordance with applicable state law.

This 29th day of January 2019.

/s/ Jane Miller
_____
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that copies of this Trustee's Response to Motion for Relief from Automatic Stay have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 29th day of January 2019.

Leiden & Leiden, Attorney At Law, 330 Telfair St, Augusta, GA 30901-2450
Nathan E Huff, Cleary, West & Huff LLP, 1223 George C Wilson Dr, Augusta, GA 30909

/s/ Susan Baker
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127